FILED '07 FEB 21 14:43 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JEFFREY J. DOANE,

      Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security

      Defendant.

Civil No. 05-1184-HO

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $7499.00 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: 20 FEB., 2007.

_____
Hon. Michael R. Hogan
United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff